**LUIS O. DIAZ, ESQ. PLLC**

MEMBER NY, NJ & D.C. BAR

ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

January 27, 2025

**MEMO ENDORSED**

<u>**Via ECF**</u>
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: **United States v. Johanna Dejesus**
     **Case No. 24 Cr. 577 (ER)**

Dear Judge Ramos:

  I am writing in connection with the above-captioned matter which is scheduled for Sentencing before Your Honor on February 12th, 2025, at 11:00 AM. Counsel needs additional time to investigate issues relevant to Defendant's sentencing. Counsel hereby requests an adjournment of Sentencing until March 20th or 21st, 2025. This is Defendant's first adjournment request.

  Counsel has communicated with Assistant United States Attorney Benjamin A. Gianforti and the Government does not object to an adjournment in this matter.

  Thank you for Your Honor's consideration in this matter.

                 Respectfully submitted,

                 Luis O. Diaz, Esq.

Cc: Benjamin A. Gianforti, Assistant United States Attorney (Via ECF)

---

The sentencing is adjourned to March 20, 2024, at 11:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 1/28/2025
New York, New York