MEMBER NY, NJ & D.C. BAR

# LUIS O. DIAZ, ESQ. PLLC
ATTORNEY AND COUNSELOR AT LAW

32 MARBLE HILL AVENUE
NEW YORK, NY 10463

TEL: (212) 942-6400 • FAX: (212) 942-3900
LODIAZLAW@GMAIL.COM

---

March 3, 2025

**MEMO ENDORSED**

**Via ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Johanna Dejesus**
    **Case No. 24 Cr. 577 (ER)**

Dear Judge Ramos:

I am writing in connection with the above-captioned matter which is scheduled for Sentencing before Your Honor on March 20th, 2025, at 11:30 AM. Counsel needs additional time to finalize our sentencing submission. Counsel hereby requests an adjournment of Sentencing until May 14th, 15th, 16th, 21st or 23rd, 2025. This is Defendant's second adjournment request.

Counsel has communicated with Assistant United States Attorney Benjamin A. Gianforti and the Government does not object to an adjournment in this matter.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

Luis O. Diaz, Esq.

Cc: Benjamin A. Gianforti, Assistant United States Attorney (Via ECF)

---

The sentencing is adjourned to May 15, 2025, at 11:30 a.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 3/4/2025
New York, New York