# EXHIBIT A

Dear hon. Judge Ramos

If I were asked to talk about my best friend , I could write a book, but I will try to be brief and summarize as much as possible what I think and feel about the person who has been, to this day and for many, many years, the keeper of my absolute trust.

Johanna is the brightest soul I have ever known. Thanks to her, I have come face to face with kindness and nobility, love and loyalty. She is a shelter in the truest sense—a source of warmth, a safe place for those she loves, and the sweetest presence for those of us who love her.

Not everything about her is a smooth, white-petaled path, as she also has her contrasts—a character as stubborn as mine, yet one that complements me. No one understands me like she does, and I believe that, just as I do, few truly understand her. Since the day we met, she has had my utmost respect and admiration.

I can express all this from my perspective as a friend, but to truly grasp what I feel, one must see her as a daughter, as a sister, and—most impressively—as a mother. I take my hat off to her and give her a standing ovation. Anyone who knows her can vouch for my words and share my sentiment.

Just when I thought my admiration for her could not grow any further, I saw Johanna work on herself daily—to please God and live according to His will. I saw her forgive those who hurt her, heal, and be reborn. I saw her start to live in a way that I wish we all could experience at least once in our lives.

I also wish that everyone could have a Johanna de Jesús in their lives. No one should leave this world without knowing someone like her—someone who gives real meaning to relationships, someone like you, my friend. Someone who fiercely protects and cares for those she loves, who gives herself completely without expecting anything in return.

To conclude, I will say what you already know but what I have never taken for granted—I love you infinitely. And if we talk about justice, we will see that second chances do exist and that if anyone deserves one, it is you. A mistake does not define you.

You are a magnificent woman.

Sincerely
Eleonora Perdomo Pichardo
Eleonora_perdomo@outlook.com

*Sitoia Eleonora Pichardo*

Anny Carpio
8517 Lyonia drive
Orlando, FL 32829
annycarpio1210@gmail.com
Dec 18, 2024
Dear honorable Judge Ramos

I hope this letter finds you in great spirits. I would like to take a moment to share my thoughts about someone truly exceptional—Johanna De Jesus. Johanna has always been a cornerstone in our lives, and I believe it's important to recognize the remarkable qualities that make her such a great mother and an even greater human being.

From the very beginning, Johanna has shown an unwavering dedication to her family. Her love is not just a word; it is a living, breathing force that nurtures and supports everyone around her. She balances the demands of motherhood with grace, always putting her children's needs above her own while making each day feel special. Whether it's through her comforting hugs, her ability to listen without judgment, or her countless sacrifices, she exemplifies what it means to be a nurturing and devoted mother.

But beyond her role as a mother, Johanna possesses a character that truly sets her apart. She is kind-hearted, compassionate, and always ready to lend a helping hand to anyone in need. Her strength and resilience inspire those around her, and her positive outlook on life is infectious. She teaches us the importance of integrity and honesty, showing that true strength lies in compassion and understanding.

What truly makes Johanna a remarkable human being is her ability to connect with others. She has a unique talent for making everyone feel valued and heard. Her friendships are deep-rooted and genuine because she invests time and love into each relationship. She has a way of seeing the best in people, encouraging them to strive for their goals and dreams, and providing a safe space for them to share their fears and vulnerabilities.

In times of struggle, Johanna stands as a beacon of hope and encouragement. She has faced challenges with a resilience that leaves us in awe, teaching us that even in the darkest times, there is light to be found. Her ability to turn obstacles into opportunities for growth is a testament to her character and strength.

I am truly grateful to have Johanna in my life. She embodies love, selflessness, and an unwavering commitment to her family and friends. I believe that her virtues deserve to be celebrated, and I feel fortunate to witness the profound impact she has on everyone she meets.

Thank you for taking the time to read my thoughts about such an extraordinary person.

With warmest regards,

Anny Carpio

January 8, 2025

Honorable Edgardo Ramos,

My name is Noelia Fernandez who more than a best friend consider myself a sister to Johanna De Jesus. I came to this country on October 18, 1999, and the very next day I met Johanna and ever since we have been inseparable. Immigrating from the Dominican Republic to New York was a challenge for me as an 11-year-old that did not speak the language and missed my family tremendously. When I go back and think about those days it is impossible to not think about the friend that was there holding my hands entering a new school, reassuring me that everything was going to be okay, and that friend was Johanna. She is the most selfless person I know, and I am so lucky to have her in my life. As we grew up, I had many life challenges and she was always there for me, even provided a roof over my head when I didn't have where to go. Johanna and I have worked since we were 15 years old, and she is the most hard-working woman working 2 jobs many times to be able to provide for family.

Since Johanna became a mother to her first daughter Melanie, her whole life changed. Everything became about Melanie and how she was going to provide for her and give her the best life she can possibly reason why many times she had to work two jobs at times. After Melanie she had 2 more children, Johann and Anais and all I can say is I have had to take my hat off in front of Johanna many times for the amazing mother that she is. She had to face a lot of difficult times being a single mother and being the sole provider for her 3 children. There have been many times where she cried herself to sleep worrying about food, rent, clothes and many necessities that they had but one thing for sure is that they never noticed because Johanna always came through for them. I always tell her that God has an Angel guiding her because I always see her coming up stronger and that is because of the great mother, daughter, sister and friend that she is.

Unfortunately, today I am typing this letter to supplicate to you to please not send Johanna to serve time in a jail cell and allow her to continue to work and provide for her family that depends on her. I have never seen my friend more devastated and concerned about not been able to be there for her children. Johanna has a 2-year-old that needs her more or just as much as her other two kids. Unfortunately, we make mistakes in life that cost us so

much, but I can assure you that this does not define the great person that Johanna is. I beg you to give Johanna a chance to prove to you and society that this is a mistake that will never happen again. I beg you to please let her continue raising her children like she always had.

Sincerely,

Noelia Fernandez

Email: noelia_f1988@hotmail.com

Phone: 718-314-3027

Moises Quiros
Orlando, Florida 32824
(407) 773- 0377
mquirosc11@gmail.com
03/03/2025

Honorable Judge,

I am writing this letter to express my support for Johanna De Jesus. I have had the privilege of knowing her for a year and a half, and I have witnessed firsthand her dedication and unconditional love for her children.

Johanna De Jesus is an exceptional mother who always prioritizes her children's well-being. She is a responsible, caring, and committed parent who ensures that her children grow up in a stable, safe, and loving environment. I have seen how hard she works every day to provide for them, not only materially but also emotionally and educationally.

Taking her children away from her would be detrimental to them, as they rely on her for their emotional stability and overall development. Her presence in their lives is essential for their happiness and well-being. I have no doubt that Johanna will continue to be a loving and responsible mother, providing her children with the care and support they need.

Thank you for your time and consideration in this difficult matter. Please feel free to contact me if you require any further information.

Sincerely,

Moises Quiros
(407) 773- 0377

Massiel Santana
(347) 918-1632

03/21/2025

Re: Character Reference for Johanna DeJesus

Dear Honorable Judge Ramos,

My name is Massiel Santana, and I have had the privilege of being Johanna's friend for more than seven years. I am writing to you to share my utmost respect and admiration for her character. Johanna is an exceptional person—an outstanding daughter, friend, companion, and above all, a remarkable mother. She is what I would call a "4x4" mother: resilient, strong, capable, and deeply devoted.

Over the years, I have witnessed the unwavering love and dedication with which Johanna has raised her children. She has instilled in them a strong sense of respect and appreciation for others. The way her children express themselves, the trust they place in her, and their behavior are all clear reflections of the wonderful upbringing Johanna has provided.

I am extremely proud to call her my friend. I have always admired Johanna because everything she does, she does with genuine love and care. Her love extends not only to her children but also to all those around her. She consistently seeks ways to bring joy and comfort to others, making every effort to celebrate special occasions meaningfully and to make everyone feel valued. Whether it is Christmas, birthdays, or other milestones, Johanna ensures every detail is perfect, often exhausting herself in the process, because serving others is her true language of love.

It is truly difficult to put into words the extraordinary person and mother that Johanna is. Her commitment to her family, her values, and her community are beyond commendable.

Thank you for taking the time to consider my letter. Please feel free to contact me if you require any further information.

Respectfully

Massiel Santana

Dear Hon. Edgardo Ramos,

I extend my warmest greetings to you.

I believe, understand, and agree that there are many good people in the world, but in my case, I must say that my sister is one of the kindest people in the world.

When my first daughter, Jasleen Núñez, was born, I received a call out of the blue, and she told me: "Brother, don't worry, your beautiful daughter will never lack anything." And she kept her word to this day, continuing to help us whenever she can, as living in a third-world country is not easy.

When it comes to her children, Johanna works tirelessly every day to ensure they have food, a good quality of life, and never lack anything, just as our mother, Nena, taught us.

I believe that every child always needs the warmth of their mother. These children are minors, and I know my sister is raising, caring for, and preparing them to be good people—no one else can take on this role as she does.

Johanna is an inspiring mother, and I am grateful for all the love she gives.

I am sure that her children will always remember how special their mother is and how fortunate they are to have her in their lives.

Your truly
Juan Estarlin Núñez
Magicjuan05@hotmail.com

Dear Honorable Edgardo Ramos,

I extend my warmest greetings to you.

As a mother, I know that Johanna is an exceptional mother who is entirely dedicated to the well-being and happiness of her children. Her unconditional love, patience, and commitment are evident in every aspect of her parenting.

Johanna has created a warm and safe environment where her children can grow and develop fully. I love seeing how she creates special family moments. Whether through fun activities, family dinners, or simply sharing laughter at home, she makes every day memorable.

Her children are fortunate to have her as a role model, and I am certain they will grow up to be wonderful individuals thanks to her influence.

Separating her from them would not only be unjust but would also negatively impact their emotional well-being and personal development.

It is essential to recognize that we are human and make mistakes, but we must also acknowledge the value of her role as a mother and allow her to continue providing the love and support her children need, as it is just her and her three children against the world.

Sincerely
JaquelÃn Diaz Mendez

*[signature: Jaquilie D. Mendez]*

Dear Judge,

I'm writing this letter in support of my cousin, Johanna DeJesus , as she navigates this difficult time.

I want to share a little about the kind of person and parent she is.

Johanna has always been a caring and dependable part of our family. She's the type of person who is there when you need her, whether it's for a celebration or a tough moment. Her actions show how much she values family and the people she loves.

As a mom, Johanna is truly devoted to her children. She works tirelessly to give them a safe, stable, and loving home. She puts their needs first, making sure they feel cared for and understood. Whether it's helping with schoolwork, listening to their worries, or just spending quality time with them, she consistently shows her commitment to being there for them in every way that matters. Her love and effort are reflected in how happy and confident her kids are.

She also finds ways to make life fun and meaningful for her kids. Whether it's planning exciting family outings or encouraging their individual passions, she makes sure her children experience life to its fullest. She is also incredibly hardworking, balancing responsibilities to provide them with a stable and loving home.

Her dedication to her kids is unmatched. She is a role model, teaching them important values like kindness, resilience, and the importance of family. Her love for her children shines through in everything they  do, and I have no doubt that she will continue to be a strong, positive influence in their life. I strongly believe she should not be separated from her children, as they thrive under her care and guidance.

Please feel free to contact me if you need any further information.

Sincerely,
Nigeria L. Bido
(410) 340-4365

Wednesday, January 8 2025

To whom this may concern…

    My name is Liana Rodriguez. I am 25 years old, have a Bachelor's Degree in Fashion, and am a Fashion Designer and Fitness Content Creator. I have known Ms Johanna De Jesus my whole life. She is the daughter of my Mother's oldest Sister. She is my cousin. I described myself and some accomplishments because they come together for some reasons I am about to explain to you in this letter.

    But before we begin I would like to tell you who Johanna De Jesus is. She is a woman, mother of three, passionate, determined. hard working, humble, kind, strong and she is tough. For my entire life I have seen all of these characteristics in Johanna and she is by far the most inspiring woman I know.

    With all I know about Johanna, I can tell you for a fact she is an Incredible Mother, I know because I witnessed her parenting first hand. She helped raise me alongside my parents. The saying "it takes a village" is very much true. And let me tell you, I I had a wonderful village behind me.

    Johanna Is an incredible mother because she showed me kindness, she nurtured me, she gave me love, and she gave me character. She plays a major role in who I am today. Great parents dont only nurture, bathe and feed, but they teach, support, and guide. I can tell you that if it were not for Johanna I would not be half the Woman I am today.

    I know adults who are Biological Mothers and Fathers and I know adults who are remarkable Mothers and Fathers. The difference is simple. The remarkable parents are PRESENT, unconditionally loving, supportive, consistent guidance, and able to adapt to their childrens needs. They are aslo firm, stricting and Strong. Johanna is a remarkable Mother.

    With all parenting, there is a side we don't think we need as children. I thought I even hated her sometimes. What child doesn't hate their parents sometimes? Today I can look back and thank God I had Johanna in my life. She is fair, but firm. She is protective but reasonable. She is Strong, but loving. And that is what makes a remarkable parent. She is a role model and she is a woman I look up to. She has shown me what kind of a Mother I want to be when the time comes. I'm immensely grateful I had her in my corner and know her children need this extraordinary woman.

    Sincerely Liana Rodriguez
*Liana Rdz*

Hon. Edgardo Ramos,

I hope this message finds you well.

I wanted to take a moment to express how incredible Johanna is—not only as an aunt, a sister, a daughter, and a friend, but most importantly, as a mother.

Often, in the course of daily life, we forget to recognize the small and big things that the people we love do for us. Today, I want to make sure you know just how much my aunt Johanna has done for me. I was born on December 27, 2005—I am her first niece and also the most spoiled by my dear and beautiful aunt Johanna. I remember my mother once told me that when I was little, my parents were going through a very difficult financial situation, and during that time, the only person who was there for us was Johanna. I never lacked clothing because Johanna always sent it to me. During that economic hardship, I never lacked milk or diapers, thanks to Johanna, and for that, I am incredibly grateful.

Johanna is someone I have always seen give herself completely to her children. Her patience and dedication are admirable. She is always there to listen to their concerns, celebrate their achievements, and guide them every step of the way. Everyone knows this—it is a fact.

The way she instills values in them and provides them with unconditional love is a true testament to the exceptional mother she is. For this reason, today, on my knees, I beg you not to separate Johanna from her children.

Sincerely
Jasleen Nuñez

Honorable Edgardo Ramos
Dear Judge Ramos,

I respectfully address you, as Maxy Israel, to offer my testimony regarding Johanna de Jesús.

Johanna de Jesús is an extraordinary woman, an exemplary mother who has always looked after the well-being of her children and her family. Her love and dedication toward them are evident in every decision she makes, always seeking what is best for her loved ones. In addition, she is an unconditional friend, someone who can be fully trusted, and who is always willing to lend a helping hand to those in need.

I would like to highlight that Johanna de Jesús carries out admirable work in the Dominican Republic, where, together with her family, she distributes toys to bring smiles to children who lack the resources to receive gifts. This act of generosity and love has brightened the lives of many little ones and is just one example of her great heart and commitment to others.

Furthermore, she is a person who has provided support in many ways: helping people with their basic needs, whether at home, emotionally, or in any circumstance where her assistance is needed. Her empathy and willingness to serve are a clear reflection of her values and principles.

It is important to emphasize that Johanna de Jesús is a very hardworking, honest, and respectful woman. Her constant dedication and effort make her a fundamental pillar for her family and an inspiration to those who have the honor of knowing her.

Her friends and family members can faithfully testify and confirm these words. I would like you to kindly take into consideration her three children: Melanie Arvelo, Johann Arvelo, and Anais Maxielle Israel. It would be devastating for them to be separated from their mother, who they love so deeply. Being the sole provider for her children, her absence would be a heavy blow to them and their home. Her children rely on the support and sustenance that Johanna provides, not to mention the emotional and social impact her absence would have on their lives.

I fully trust in your wisdom and in the fairness of your judgment, and I hope this humble testimony helps offer a fuller picture of Johanna de Jesús's character and actions.

I am deeply grateful for the time and attention you have given this letter. I remain at your disposal for any additional information you may need.

Respectfully,
Maxy Israel