

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

May 28, 2025

**BY ECF & EMAIL**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Johanna de Jesus,* 24 Cr. 577 (ER)

Dear Judge Ramos:

    The Government respectfully writes to submit a consent preliminary order of forfeiture in the above-referenced matter.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    _____
    Benjamin A. Gianforti
    Assistant United States Attorney
    (212) 637-2490

Cc:    Luis Diaz, Esq., counsel to Johanna de Jesus (by ECF & email)